1  Vincent W. Ziegler
2  7425 Church Street Unit #38
   Yucca Valley, CA 92284
3  760-620-2007 |
4  No Email

5  In Pro per

FILED
2023 FEB 2 AM 10: 11
CLERK U.S. DISTRICT COURT
CENTRAL DIST OF CALIF
RIVERSIDE
BY: ___

UNITED STATES DISTRICT COURT

CENTRAL DIVISION

PLAINTIFF

VINCENT W ZIEGLER,

VS,

CARITAS CORPORATION
BIRTCHER ANDERSON AND
DAVIS: TERESA EVERHART;
MARY FULKERSON; AND
DAVE FULKERSON,
          Defendants.

EDCV
Case No: 5:22-cv-01273-MWF (MAAx)
[District Judge Michael W. Fitzgerald
Magistrate Judge Maria A. Audero]

PLAINTIFF'S
NOTICE OF MOTION AND
MOTION TO AMEND
COMPLAINT

Complaint Filed:  July 21, 2022
Trial Date:       None Set

PLEASE TAKE NOTICE UNITED STATES DISRRICT COURT CENTRAL DISTRICT OF CALIFORNIA AND THE DEFENDANTS, that the Plaintiff, Vincent W. Ziegler respectfully Moves this court to Amend its complaint on July 21, 2022 so Federal Jurisdiction is in question and new discovery has come to Light with accordance of Rule 26(f).

DATED: Feb. 2, 2023            _Vincent W Ziegler_
                                    In Pro per